COMMONWEALTH *v.* A. J. BRIGGANCE ET AL.

[Abstract Kentucky Law Reporter, Vol. 3—623.]

**Criminal Law—Indictment.**

Where an offense is charged against one in an indictment, and in the caption two persons are named, and it is stated in the body of the indictment that the other person named in the caption joined in committing the acts set forth, no sufficient charge is made against the last named person.

APPEAL FROM FULTON CIRCUIT COURT.

February 25, 1882.

OPINION BY JUDGE HARGIS:

The names of the appellees appear in the caption of the indictment. Only one of them is charged with the offense of breach of the peace by fighting with the other.

It is stated in the body of the indictment that the latter joined in committing the acts set forth as constituting the offense charged against the former. The indictment was not sufficient accusation as to the one not charged with the offense. The offense is sufficiently charged, but Crim. Code (1876), § 124, requires more; it requires that the indictment shall be direct and certain as regards the party charged as well as the offense.

Judgment *affirmed.*

*P. W. Hardin, for appellant.*

*P. Hughlette Wilson, for appellees.*